**H1 LAW GROUP**
ERIC D. HONE
Nevada Bar No. 8499
eric@h1lawgroup.com
JAMIE L. ZIMMERMAN
Nevada Bar No. 11749
jamie@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone   702-608-3720
Fax     702-608-3759

*Attorneys for Nate Barnes*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMarketslive,<br><br>                    Plaintiff,<br>v.<br><br>BLUE CAPITAL FX, LLC, an Arizona limited liablity case; KEN IBIZUGBE, an individual; HEATHER LOPEZ, an individual; NATE BARNES, an individual,<br><br>                    Defendants. | CASE NO.   2:18-cv-01591-APG-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NOS. 7 & 9)** |

Plaintiff International Markets Live, Inc. ("IML"), by and through its counsel, Law Offices of P. Sterling Kerr, and Defendant Nate Barnes ("Mr. Barnes"), by and through his counsel, H1 Law Group, hereby stipulate as follows:

1.      On August 23, 2018, IML initiated this lawsuit with the filing of its complaint against four defendants: Blue Capital FX, LLC, Ken Ibizugbe, Heather Lopez, and Mr. Barnes (the "Defendants"). (*See* ECF No. 2.)

2.      On August 27, 2018, this Court entered an Order to Show Cause Why Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction ("Show Cause Order.") (*See* ECF No. 5.) By way of the Show Cause Order, the Court directed IML "to show cause in

1

1 writing why this action should not be dismissed for lack of subject matter jurisdiction" on or
2 before September 14, 2018. (*Id.*)

3     3. On August 31, 2018, IML filed an Emergency Motion for an *Ex Parte* Temporary
4 Restraining Order ("TRO") and Preliminary Injunction against Defendants. (*See* ECF No. 7.)

5     4. On September 5, 2018, this Court entered an Order that declined to issue a TRO
6 on an *ex parte* basis. (*See* ECF No. 9.)

7     5. Instead, the Court scheduled a TRO hearing for Thursday, September 13, 2018 at
8 9:30 a.m. "provided IML has properly and timely served the documents required in this order."
9 (*Id.*)

10     6. As to service, the Court's Order directed IML to "immediately serve on the
11 defendants all of the papers filed in this case" and instructed IML to file a certificate confirming
12 service on Defendants. (*Id.*)

13     7. In scheduling the hearing, the Court contemplated holding a hearing on IML's
14 request for a TRO "after the passage of sufficient time for both service and the defendants to
15 retain counsel and prepare for the hearing."

16     8. On or about September 5, 2018, IML completed service on Mr. Barnes. A
17 certificate of service confirming same has not yet been filed.

18     9. The other three defendants have not yet been served.

19     10. As three of the defendants have not yet been served and Mr. Barnes is just now in
20 the process of retaining counsel, the parties stipulate and agree to continue the TRO hearing,
21 currently scheduled for September 13, 2018 (ECF No. 9), to be heard September 27, 2018, at
22 9:30 a.m. in Las Vegas Courtroom C.

23 / / /
24 / / /
25
26 / / /
27
28 / / /

11. Additionally, as the outcome of the Show Cause Order (ECF No. 5) may be dispositive, the parties also stipulate to seeking resolution of same on shortened time should the Court's schedule so permit.

DATED this 12th day of September 2018.

LAW OFFICES OF P. STERLING KERR

P. Sterling Kerr
Nevada Bar No. 3978
sterling@sterlingkerrlaw.com
George E. Robinson
Nevada Bar No. 9667
george@sterlingkerrlaw.com
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Phone (702) 451-2055
Fax (702) 451-2077

*Attorneys for Plaintiff*

DATED this 12th day of September 2018.

H1 LAW GROUP

Eric D. Hone
Nevada Bar No. 8499
eric@h1lawgroup.com
Jamie L. Zimmerman
Nevada Bar No. 11749
jamie@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone   702-608-3720
Fax      702-608-3759

*Attorneys for Defendant Nate Barnes*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

DATED:  September 12, 2018

3