# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., | Case No.: 2:18-cv-01591-APG-PAL |
| Plaintiff | **Order Confirming Order to Show Cause Is Satisfied** |
| v. | |
| BLUE CAPITAL FX, LLC, et al., | |
| Defendants | |

On August 27, 2018, I ordered plaintiff International Markets Live, Inc. to show cause why this case should not be dismissed for lack of subject matter jurisdiction based on the allegations in the complaint. ECF No. 5. On August 31, 2018, the plaintiff filed an Amended Complaint addressing the jurisdictional defects in the complaint. ECF No. 6. My prior Order to Show Cause (ECF No. 5) is deemed satisfied. I will not dismiss this case for lack of diversity jurisdiction at this time.

DATED this 13th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE