1  P. STERLING KERR, ESQ.
2  Nevada Bar No. 3978
   GEORGE E. ROBINSON, ESQ.
3  Nevada Bar No. 9667
   LAW OFFICES OF P. STERLING KERR
4  2450 St. Rose Parkway, Suite 120
   Henderson, Nevada 89074
5  Telephone No. (702) 451–2055
   Facsimile No. (702) 451-2077
6  Email: sterling@sterlingkerrlaw.com
7  Email: george@sterlingkerrlaw.com
   *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INTERNATIONAL MARKETS LIVE, INC., a New York corporation dba iMARKETSLIVE;<br><br>Plaintiffs,<br>v.<br><br>BLUE CAPITAL FX, LLC, an Arizona limited liability case; KEN IBIZUGBE, an individual; HEATHER LOPEZ, an individual; NATE BARNES, an individual;<br><br>Defendants. | Case No.: 2:18-cv-01591-APG-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (ECF NO. 17)** |

Plaintiff International Markets Live, Inc. ("IML"), by and through its counsel, Law Offices of P. Sterling Kerr, and Defendants Blue Capital, Nate Barnes, Ken Ibizugbe, and Heather Lopez by and through their counsel, H1 Law Group, hereby stipulate as follows:

1. On August 23, 2018, IML initiated this lawsuit with the filing of its complaint against four defendants: Blue Capital FX, LLC, Ken Ibizugbe, Heather Lopez, and Mr. Barnes (the "Defendants"). (See ECF No. 2.)

2. Defendants filed a motion to dismiss on September 25, 2018 (ECF No. 17). There is currently a hearing on the motion to dismiss scheduled to be heard on October 24, 2018, at 9:30 a.m. at the Boyd School of Law.

3. Plaintiff's response to the motion to dismiss is currently due on October 10, 2018.

4. Plaintiff and Defendants hereby stipulate to extend Plaintiff's response date to October 12, 2018. Defendants reply date of October 17, 2018 shall remain the same.

5. This request for extended time is not made for the purpose of delay, but rather to accommodate scheduling issues of Plaintiff's counsel and will not impact the final briefing timeline or hearing of this matter.

| DATED this 9th day of October 2018.<br>LAW OFFICES OF P. STERLING KERR<br><br>/s/ P. Sterling Kerr<br><br>P. Sterling Kerr<br>Nevada Bar No. 3978<br>sterling@sterlingkerrlaw.com<br>George E. Robinson<br>Nevada Bar No. 9667<br>george@sterlingkerrlaw.com<br>2450 St. Rose Parkway, Suite 120<br>Henderson, Nevada 89074<br>Attorneys for Plaintiff | DATED this 9th day of October 2018.<br>H1 LAW GROUP<br><br>/s/ Eric D. Hone<br><br>Eric D. Hone<br>Nevada Bar No. 8499<br>eric@h1lawgroup.com<br>Jamie L. Zimmerman<br>Nevada Bar No. 11749<br>jamie@h1lawgroup.com<br>701 N. Green Valley Parkway, Suite 200<br>Henderson NV 89074<br>Attorneys for Defendants |
|---|---|

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 9, 2018

Page **2** of **2**